# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KRISTINE ANN LIEVEN,<br><br>    Plaintiff,<br><br>v.<br><br>BRETT VERBICK, ALAN DESCHLER, and DR. MISO MILOSLAVIC,<br><br>    Defendants. | Case No. 18-CV-1237-JPS |
| KRISTINE ANN LIEVEN,<br><br>    Plaintiff,<br><br>v.<br><br>DEBRA IACUCCI,<br><br>    Defendant. | Case No. 18-CV-1409-JPS |
| KRISTINE ANN LIEVEN,<br><br>    Plaintiff,<br><br>v.<br><br>RICKY PERSON, C.O. HERNANDEZ, TANYA TILOT, and BELINDA ERNSTING,<br><br>    Defendants. | Case No. 18-CV-1812-JPS<br><br>**ORDER** |

Plaintiff filed the three above-captioned actions while incarcerated in the Wisconsin prison system. She was granted leave to proceed *in forma pauperis* in the first two cases. 18-CV-1237, (Docket #13); 18-CV-1409, (Docket #7). The Court has not granted such leave yet in the third case, though she has already paid the statutorily prescribed partial filing fee for that case. *See* 18-CV-1812, (Docket #6). On December 17, 2018, Plaintiff notified the Court that she is no longer incarcerated. *See, e.g.*, 18-CV-1812, (Docket #8).

This development means that Plaintiff must now re-apply for *in forma pauperis* status as to each of these cases. *See Robbins v. Switzer*, 104 F.3d 895 (7th Cir. 1997). The Court will supply Plaintiff with a copy of this District's form motion for non-prisoners seeking *in forma pauperis* treatment. She must return the completed form by **January 24, 2019**, or these actions will be dismissed for want of prosecution. Of course, she can also simply pay the remainder of the filing fees she owes. Plaintiff may call the Clerk of the Court for information on what amount she owes in each case.

Accordingly,

**IT IS ORDERED** that Plaintiff shall either pay the full filing fee owed in these matters or submit completed motions for leave to proceed *in forma pauperis* on or before **January 24, 2019**.

Dated at Milwaukee, Wisconsin, this 3rd day of January, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge